IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EMILY WALDEN, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-067 |
| METROPOLITAN LIFE INSURANCE COMPANY, | * | |
| Defendant. | * | |

## ORDER

Presently pending before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. no. 28.) Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of September, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA